THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR W. HADEMAN III,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C13-1493-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge. (Dkt. No. 22.) Having thoroughly considered the Report and Recommendation, the parties' briefing, and the balance of the record, the Court hereby ORDERS:

(1) The Court ADOPTS the Report and Recommendation in full.

(2) The Court REVERSES and REMANDS this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

(3) The Clerk is DIRECTED to send copies of this Order to the parties and to Judge Theiler.

//

//

//

1  DATED this 14th day of May 2014.

 

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2